David H. Hymes, Plaintiff-Appellee, v. Marion Johnson, a/k/a Thomas Johnson, and Gertrude Johnson, a/k/a Loles Johnson, Defendants-Appellants.
People of the State of Illinois, Appellee, v. Marion Johnson, a/k/a Thomas Johnson, and Gertrude Johnson, a/k/a Loles Johnson, Contemnor-Appellants.

Gen. No. 52,813.

First District, Second Division.

December 30, 1968.

Pedersen & Houpt, of Chicago (Peter O'Connell Kelly, of counsel), for appellants; no appearance for appellee. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full.